IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| V. | : | |
| WILLIAM JONES | : | 04-464 |

## AMENDED ORDER SETTING CONDITIONS OF RELEASE

AND NOW, this            day of November, 2004, the following conditions of release are set:

1 . Defendant will not be required to submit to electronic monitoring; and

2. Defendant shall abide by all other conditions of release as stated in this court's October 7, 2004 order.

BY THE COURT:

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE